UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEWART MEYERS,

                           Plaintiff,

               Docket No. **08-CIV 4769**

      - against -

               **DISCLOSURE STATEMENT**
ALLSTATE INSURANCE COMPANY,        **PURSUANT TO F.R.C.P.7.1**

                       Defendant
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Allstate Insurance Company (a corporate non-governmental party) certifies that Allstate Corporation, d/b/a Allstate Insurance Company, is a publicly traded company. The insiders control 0.00% of the total number of shares issued, and there is no institutional entity that owns more that 5% of the total stock of Allstate Corporation. Alliance Bernstein, LP is the largest institutional owner and it owns 4.59% of the company.

Dated:       Melville, New York
                May 20, 2008

                                               BRUNO, GERBINO & SORIANO, LLP

                                               By:_____
                                                  James K. Hogan (JH1537)
                                             BRUNO, GERBINO & SORIANO, LLP
                                             *Counsel for Allstate Insurance Company*
                                             445 Broad Hollow Road, Ste. 220
                                             Melville, NY 11747
                                             (631) 390 0010
                                             File No. L9-3082