UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEWART MEYERS

             Plaintiff(s),

      - v -

ALLSTATE INS Co

             Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

08 CV. 4769 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/08

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _____9/1/08_____

(ii)   Amend the pleadings by _____9/15/08_____

(iii)  All discovery to be **expeditiously** completed by _____10/15/08_____

(iv)  Consent to Proceed before Magistrate Judge _____DEBRA FREEMAN_____

(v)   Status of settlement discussions _____Adjusted Awaiting Depositions of Ins_____

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

**SO ORDERED:** New York, New York
                 June 26, 2008

_____
Hon. Richard M. Berman, U.S.D.J.