

# BRUNO, GERBINO & SORIANO, LLP
COUNSELLORS AT LAW

TELEPHONE (631) 390-0010
FACSIMILE (631) 393-5497
BGS@BGSLAW-NY.COM
WWW.BGSLAW-NY.COM

AUG 18 2008

CRAIG J. BRUNO
VINCENT F. GERBINO
MICHAEL A. SORIANO
JAMES T. EHRHARDT
KEVIN W. O'LEARY
JEFFREY S. SIEGEL

STEWART C. PINK
RICHARD C. AITKEN
DREW W. SCHIRMER

MICHAEL WEAVER
ROBERT J. MORGAN
CHARLES W. BENTON
INGRID S. ARMBRISTER
MICHAEL A. CALLINAN
JON M. KESSEL
JAMES K. HOGAN
BRIAN C. MCCARTHY
AKWEI OKO ACQUAYE
FRANKLIN R. PENA
PARIS KOSVOLOS
ALLISON B. FRIGHLING
CHRISTINE M. LALIWALA
ANNETTE HADER
CATHERINE H. COUGHLIN
ALLAN S. HOLLANDER
ERIN M. CROWLEY
VANESSA HLINKA
NADEEN C. SINGH
GREGORY J. POPADIUK
ANTHONY J. AUCIELLO
SHAWN P. KELLEHER
CHERYL N. ALTERMAN
ASHLEY R. PARRIMAN
KELLY C. HODEL
AVA S. LUCKS
KONSTANTINE TRAGANAS
MICHAEL B. SCHNEITER

KENNETH A. BICKUN
ALFRED C. POLIDORE
DAVID H. KAPLAN
JOSEPH LILLY
Of Counsel

SENT VIA FAX 212 805 4258

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Attn: Magistrate Judge Debra Freeman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

Re: Stewart Meyers – Allstate Insurance Company
Claim No.: 3965460408 UTR
Docket No. 08 CIV 4769
BG&S File No.: L9-3082

Dear Magistrate Judge Freeman:

This firm represents Allstate in the above matter.

We received a telephone call from Hillary of your office requesting that the parties agree on a motion schedule for removing this matter.

Mr. Maher and I have agreed as follows: Defendant will submit its motion by September 10, 2008. Plaintiff will have until September 24, 2008, to file Opposition papers. Defendant will have until October 1, 2008, to file a Reply, if any.

We trust that this schedule is satisfactory to the Court.

I am sending a copy of this letter and the attachment, via fax, to Plaintiff's counsel at the same time it is being sent to the Court.

Many thanks for the Court's kind attention to this matter.

Very truly yours,

James K. Hogan (JH1537)

JKH/

445 BROAD HOLLOW ROAD • SUITE 220 • MELVILLE • NEW YORK 11747

SO ORDERED:  DATE: 8/18/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Page 2

    cc:    Kravet, Hoefer, Maher, P.C.
           4191 East Tremont Avenue
           Bronx, New York 10465
           (718) 931 3131
           Fax (718) 931 3387

L:\L9\3082\Correspondence L9-3082\Ltr to Jdg Freeman re Motion schedule.doc

BRUNO, GERBINO & SORIANO, LLP